IN THE SUPREME COURT OF THE STATE OF DELAWARE

DWAYNE DUNNELL, §
§ No. 564, 2017
Defendant-Below, §
Appellant, §
§ Court Below:
v. § Superior Court of the
§ State of Delaware
STATE OF DELAWARE, §
§
§ Cr. I.D. No. 1604008485A (N)
Plaintiff-Below, §
Appellee. §

Submitted: October 31, 2018
Decided: November 2, 2018

Before **VALIHURA**, **VAUGHN,** and **SEITZ**, Justices.

## **O R D E R**

This 2nd day of November 2018, the Court, having considered the matter on the briefs and the oral arguments of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Decision Denying Motion in Limine dated February 22, 2017, Oral Decision Denying Motion for Judgment of Acquittal dated September 8, 2017, Decision Denying Motion for Judgment of Acquittal dated September 8, 2017, and Sentence Order of December 1, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice